UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACOB SMITH, Individually and On Behalf of All Others Similarly Situated, | § § § § § § § § § § § § | |
| *Plaintiff(s)*, | | |
| v. | | No. 4:19-cv-04636 |
| EXPRESS ENERGY SERVICES OPERATING, LP, | | |
| *Defendant(s)*. | | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE THE CONFIDENTIAL COLLECTIVE ACTION SETTLEMENT AGREEMENT UNDER SEAL

Before the Court is Plaintiff Jacob Smith's ("Plaintiff"), individually and on behalf of all others similarly situated, Unopposed Motion to File the Confidential Collective Action Settlement Agreement Under Seal.

The Court **GRANTS** Plaintiff's Unopposed Motion to File Exhibit A to Plaintiff's Unopposed Motion for Approval of Settlement and Entry of Judgment Dismissing Lawsuit With Prejudice, which is the parties' confidential Collective Action Settlement Agreement and Release, under seal. Plaintiff may therefore file Exhibit A to Plaintiff's Unopposed Motion for Approval of Settlement and Entry of Judgment Dismissing Lawsuit With Prejudice under seal.

It is **ORDERED** that Plaintiff's Unopposed Motion to File the Confidential Settlement Agreement Under Seal is **GRANTED**.

Signed this __12th__ day of ____August____, 2021.

_/s/ George C. Hanks, Jr._
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE